IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT -5 PM 5:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| CHARLES HARDY, | X | |
| Petitioner, | X | |
| vs. | X | No. 05-2532-Ml/An |
| BRUCE PEARSON, | X | |
| Respondent. | X | |

---

ORDER DIRECTING PETITIONER TO FILE AN IN FORMA PAUPERIS AFFIDAVIT
OR PAY THE HABEAS FILING FEE

---

Petitioner Charles Hardy, Bureau of Prisons inmate registration number 08561-041, an inmate at the Federal Correctional Institution in Memphis, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on July 25, 2005.

A habeas petition carries a filing fee of five dollars ($5.00). 28 U.S.C. § 1914(a). Hardy's petition is not accompanied by either the filing fee or a motion to proceed in forma pauperis. Accordingly, Hardy is ORDERED either to submit a properly completed in forma pauperis affidavit demonstrating his indigency, along with an inmate trust fund account statement, or pay the filing fee

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-6-05

③

within thirty (30) days of the entry of this order. The Clerk is ORDERED to mail a copy of the prisoner <u>in forma pauperis</u> affidavit to petitioner along with this order.[1] Failure to timely comply with any requirement of this order will result in dismissal of the petition without further notice for failure to prosecute.

IT IS SO ORDERED this ___5___ day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] In the interest of expediting this matter, petitioner is advised that, if his inmate trust fund account has a balance of at least twenty-five dollars ($25.00), an application to proceed <u>in forma pauperis</u> will be denied.

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02532 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Charles Hardy
FCI-MEMPHIS
08561-041
P.O. Box 34550
Memphis, TN 38184--055

Honorable Jon McCalla
US DISTRICT COURT